**United States District Court**
For the Northern District of California

1

2

3

4

5 UNITED STATES DISTRICT COURT

6 NORTHERN DISTRICT OF CALIFORNIA

7

8 MARCUS L. HARRISON,                         No. C 09-4665 SI (pr)

9             Plaintiff,          **ORDER RESETTING TIME FOR**
   **SETTLEMENT CONFERENCE AND**
10    v.                                     **CASE MANAGEMENT**
   **CONFERENCE**
11 D.E. MILLIGAN, et al.,

12             Defendants.

13

14 _____/

15      This case has been referred to Magistrate Judge Vadas for settlement proceedings to

16 address Harrison's First Amendment claims with respect to the incoming mails stopped on

17 April 9, 2008, and July 14, 2008. The settlement conference shall be completed by April 13,

18 2012. Magistrate Judge Vadas shall coordinate a time and date for the conference with all

19 interested parties and/or their representatives and, within <u>ten (10) days</u> after the conclusion of

20 the conference, file with the Court a report regarding the conference.

21

22      IT IS SO ORDERED.

23

24 Dated: January 23, 2012          _____

25                        SUSAN ILLSTON
                          United States District Judge

26

27

28