UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS L. HARRISON, | No. C 09-4665 SI (pr) |
|     Plaintiff, | **ORDER RESETTING TIME FOR SETTLEMENT CONFERENCE AND CASE MANAGEMENT CONFERENCE** |
|     v. | |
| D.E. MILLIGAN, et al., | |
|     Defendants. | |

This case has been referred to Magistrate Judge Vadas for settlement proceedings to address Harrison's First Amendment claims with respect to the incoming mails stopped on April 9, 2008, and July 14, 2008. The settlement conference shall be completed by April 13, 2012. Magistrate Judge Vadas shall coordinate a time and date for the conference with all interested parties and/or their representatives and, within ten (10) days after the conclusion of the conference, file with the Court a report regarding the conference.

IT IS SO ORDERED.

Dated: January 23, 2012

                                                    SUSAN ILLSTON
                                                  United States District Judge