UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS L. HARRISON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>D.E. MILLIGAN, et al.,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　／ | No. C 09-4665 SI (pr)<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR ACTION REGARDING FILING FEE OBLIGATIONS**<br><br>Doc. #21 |

　　Plaintiff's request for action regarding his filing fee obligations is **GRANTED**. Doc. #21. Plaintiff paid his filing fee in full on May 9, 2010. His filing fee obligations for this case, C. No. 09-4665 SI, have been satisfied. The clerk shall send a copy of this order to the plaintiff, the Pelican Bay State Prison trust account office, and the court's financial office.

　　IT IS SO ORDERED.

Dated: February_2, 2012　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　United States District Judge