UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARCUS L. HARRISON,

    Plaintiff,

    v.

D.E. MILLIGAN, et al.,

    Defendants.
                                 /

No. C 09-4665 SI (pr)

**AMENDED ORDER GRANTING PLAINTIFF'S REQUEST FOR ACTION REGARDING FILING FEE OBLIGATIONS**

The following amended order corrects a typographical error in the Court's order issued on February 2, 2012; Plaintiff's filing fees in this case were satisfied on May 9, 2011, and not on May 9, 2010. The order is amended as follows:

Plaintiff's request for action regarding his filing fee obligations is **GRANTED**. Doc. #21. Plaintiff paid his filing fee in full on May 9, 2011. His filing fee obligations for this case, No. C 09-4665 SI, have been satisfied. The Clerk shall send a copy of this order to the plaintiff, the Pelican Bay State Prison trust account office, and the Court's financial office.

IT IS SO ORDERED.

Dated: May 21, 2012

                                        SUSAN ILLSTON
                                        United States District Judge