UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS L. HARRISON, | No. C 09-4665 SI (pr) |
| Plaintiff, | **AMENDED ORDER GRANTING PLAINTIFF'S REQUEST FOR ACTION REGARDING FILING FEE OBLIGATIONS** |
| v. | |
| D.E. MILLIGAN, et al., | |
| Defendants. | |

The following amended order corrects a typographical error in the Court's order issued on February 2, 2012; Plaintiff's filing fees in this case were satisfied on May 9, 2011, and not on May 9, 2010. The order is amended as follows:

Plaintiff's request for action regarding his filing fee obligations is **GRANTED**. Doc. #21. Plaintiff paid his filing fee in full on May 9, 2011. His filing fee obligations for this case, No. C 09-4665 SI, have been satisfied. The Clerk shall send a copy of this order to the plaintiff, the Pelican Bay State Prison trust account office, and the Court's financial office.

IT IS SO ORDERED.

Dated: May 21, 2012

_____
SUSAN ILLSTON
United States District Judge