UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS L. HARRISON, | No. C 09-4665 SI (pr) |
| Plaintiff, | **ORDER DENYING PLAINTIFF'S REQUEST FOR REFUND CHECK** |
| v. | |
| D.E. MILLIGAN, et al., | |
| Defendants. | Docket #39 |

Plaintiff's request for a refund check is DENIED. Docket #39. As noted on the docket, Plaintiff paid his filing fee in full on May 9, 2011. The Court's records indicate that payment was applied in the following installments on the following dates:

| | |
|---|---|
| November 18, 2010 | $ 1.66 |
| April 26, 2011 | $ 90.00 |
| May 9, 2011 | $ 60.00 |
| | $ 98.34 |
| | $100.00 |

The Court's records do not show overpayment in this case. Currently, no funds received from Plaintiff are being applied for payment in this case.

//
//
//
//
//
//

Plaintiff has filed multiple cases in this Court. The policy of the Clerk's Office with regard to checks received from the prison is as follows: When the Clerk's Office receives a check from the prison for a particular case for which the filing fee has already been paid in full, the Clerk's Office applies that check to payment of filing fees in the litigant's other cases. No refund is issued to the litigant until the filing fees for all his cases are paid in full.

IT IS SO ORDERED.

Dated: May 21, 2012

_____
SUSAN ILLSTON
United States District Judge