United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS L. HARRISON, | No. C 09-4665 SI (pr) |
| Plaintiff, | **ORDER** |
| v. | |
| D.E. MILLIGAN, et al., | |
| Defendants. | |
| _____/ | Docket ## 50, 51, 52, 55, and 56 |

Marcus L. Harrison, an inmate at Pelican Bay State Prison ("PBSP"), filed a pro se civil rights action under 42 U.S.C. § 1983, asserting a First Amendment claim regarding the confiscation of certain outgoing and incoming mail. On September 21, 2011, the court granted in part and denied in part defendants' summary judgment motion. See Docket #20. Harrison has filed a request to redact information in the court's September 21, 2011 summary judgment order (Docket #50), a request that the undersigned contact Magistrate Judge Vadas (Docket #51), a motion to strike evidence from the record (Docket #52), a motion to correct the amount of money that Harrison has paid in filing fee installments (Docket #55), and a motion to amend information to Harrison' motion for reconsideration (Docket #56). Plaintiff's numerous, often petty and repetitive, motions are needlessly consuming limited judicial resources. He cannot rewrite history, nor can he stifle defendants' contentions with his after-the-fact attacks on documents in the record.

//

//

I. <u>Request to Redact Information</u>

Harrison requests that the Court redact the address of Hannah Bastienne from the Court's summary judgment issued seven months ago because he is concerned for Bastienne's safety. His safety concerns are wholly speculative. More importantly, it was Harrison that first put in the record Bastienne's address, without any safety concerns mentioned. <u>See</u> Docket #1, Exh. A at 51 and Docket #15, Exh. D. The Court's summary judgment order is part of the public record and will not be redacted. Harrison's request is DENIED. (Docket #50.)

II. <u>Request that the undersigned contact Magistrate Judge Vadas</u>

Harrison requests that the undersigned contact Magistrate Judge Vadas because "1) Defendants have not introduced Plaintiff's confiscated mail into the record; and 2) so that Judge Susan Illston can confirm what Magistrate Judge Nandor J. Vadas told Plaintiff on 5/25/12, to which is quoted in part in Plaintiff's Motion to Strike." Harrison's request is DENIED. (Docket #51.) The Court prefers not to be informed of the content of settlement negotiations.

III. <u>Motion to Strike Evidence from the Record</u>

Harrison requests that the Court strike certain evidence from the record, specifically specific portions of defendants' pleadings that make certain factual allegations with which he disagrees. Harrison's request is DENIED. (Docket #52.) The Court will not strike pleadings from the record simply because Harrison disagrees with their content.

IV. <u>Request to Correct the Amount of Money that Plaintiff has Paid in Filing Fee Installments</u>

Harrison again states that he has overpaid his filing fee in this case by $45.62. He requests that the Court acknowledge this and apply the $45.62 to his filing fee obligation in <u>Harrison v. E. Smith</u>, C No. 08-4123 SI. Harrison's request (Docket #55) is DENIED.

Harrison's filing fee issues have been the subject of two motions in this case. Docket ##

21 and 46. The Court has informed Harrison multiple times that the Court's records show no overpayment in this case and will not repeat the discussion here.

V. <u>Plaintiff's Motion for Reconsideration</u>

Harrison has filed a motion for reconsideration of the Court's May 21, 2012 order denying his request for reconsideration, and various related motions. (Docket #56.) Harrison's request for re-reconsideration for the denial of summary judgment is DENIED. Harrison's related motions to amend the information and for judicial notice are therefore DENIED as moot.

IT IS SO ORDERED.

Dated: June 15, 2012

_____
SUSAN ILLSTON
United States District Judge