UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS L. HARRISON, | No. C 09-4665 SI (pr) |
| Plaintiff, | **ORDER SETTING STATUS CONFERENCE** |
| v. | |
| D.E. MILLIGAN, et al., | |
| Defendants. | |

Marcus L. Harrison, an inmate at Pelican Bay State Prison ("PBSP"), filed a pro se civil rights action under 42 U.S.C. § 1983, asserting a First Amendment claim regarding the confiscation of certain outgoing and incoming mail. On September 21, 2011, the court granted in part and denied in part defendants' summary judgment motion. See Docket #20. This case was referred to Magistrate Judge Vadas for settlement proceedings. Id. The parties were unable to reach an agreement. See Docket #58. Accordingly, the court will set a case management conference to discuss what remains to be done in this case and when it will be ready for a trial.

The telephonic case management conference will be held in this action at **3:00 p.m. on Friday, August 24, 2012**. Each party must file and serve a case management statement no later than **August 6, 2012** indicating what discovery remains to be done, the amount of time needed for discovery, whether any further motions will be filed, when they will be ready for trial, and an estimate of the number of days needed for trial. The case management conference statements need not be jointly prepared. The Deputy Attorney General representing defendant in this action will initiate the conference call and have plaintiff connected on the telephone call before

connecting the conference call to the court. The Deputy Attorney General should call the courtroom deputy in advance to obtain the phone number.

IT IS SO ORDERED.

Dated: July 12, 2012

_____
SUSAN ILLSTON
United States District Judge