**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARCUS L. HARRISON,  No. C 09-4665 SI (pr)

    Plaintiff,  **SCHEDULING ORDER**

  v.

D.E. MILLIGAN, et al.,

    Defendants.

                          /

Per the August 29, 2012 status conference, the court has determined that because different issues are presented by this action than by Mr. Harrison's earlier action, a stay of this case should not be granted; instead, defendants are given leave to file a second summary judgment motion. They may file the relevant pieces of confiscated mail under seal. Defendants shall file and serve the summary judgment motion by **September 21, 2012**. In their summary judgment motion, defendants shall explain to plaintiff what he must do to oppose a motion for summary judgment, as required by Rand v. Rowland, 154 F.3d 952, 962-63 (9th Cir. 1998). Plaintiff shall file and serve his opposition by **October 31, 2012**. A telephonic case management conference will be held on **December 7, 2012 at 2:00 p.m**. Counsel for defendants in this action will initiate the conference call and have plaintiff connected on the telephone call before connecting the conference call to the court. Counsel for defendants should call the courtroom deputy in advance to obtain the phone number.

    IT IS SO ORDERED.

Dated: August 29, 2012

                                                     SUSAN ILLSTON
                                                 United States District Judge