1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

8

NORTHERN DISTRICT OF CALIFORNIA

9

10    MARCUS L. HARRISON,                               No. C 09-4665 SI (pr)

11              Plaintiff,                              **JUDGMENT**

12         v.

13    D.E. MILLIGAN, et al.,

14              Defendants.

15    _____/

16         Summary judgment having been granted in favor of all defendants, judgment is hereby

17    entered in their favor.  Plaintiff shall take nothing by way of his complaint.

18         **IT IS SO ORDERED AND ADJUDGED**.

19

20    Dated: March 8, 2013                    _____

21                                            SUSAN ILLSTON
                                              United States District Judge
22
23
24
25
26
27
28