UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARCUS L. HARRISON,

    Plaintiff,

v.

D. E. MILLIGAN; et al.,

    Defendants.

    No. C 09-4665 SI (pr)

    **ORDER**

Plaintiff filed an "inquiry as to the status of plaintiff's case," in which he stated that he had not received any ruling from the court on his notice of appeal and request to continue as a pauper. Docket # 97. Nothing has happened in this action because the court has not received any filing from plaintiff since its August 15, 2013 order denying motion to alter or amend the judgment.

Plaintiff may wish to file another copy of the notice of appeal he claims he sent, along with a declaration explaining when, how and to whom he sent the original notice of appeal.

IT IS SO ORDERED.

Dated: December 9, 2013

SUSAN ILLSTON
United States District Judge